☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :     NOTICE OF INTENT
        v.                          :     TO FILE AN INFORMATION
                                    :
LEONARD GOINS,                      :
                                    :     JUDGE LYNCH
              Defendant.            :
                                    :     07 CRIM 998
------------------------------------x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         October 16, 2007

                              MICHAEL J. GARCIA
                              United States Attorney


                         By:  _____
                              Michael M. Rosensft
                              Assistant United States Attorney


                              AGREED AND CONSENTED TO:

                         By:  _____
                              Deirdre D. Von Dornum, Esq.
                              Attorney for Leonard Goins

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

10/17/07 WHEEL A