JUDGE LYNCH

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :         INFORMATION
       - v. -                    :
                                 :         07 CRIM 998
LEONARD GOINS,                   :
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

On or about July 30, 2007, in the Southern District of New York and elsewhere, LEONARD GOINS, the defendant, unlawfully, willfully, and knowingly, did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge and magistrate judge, which custody and confinement was by virtue of a conviction of an offense, to wit, GOINS, following a conviction in the United States District Court for the Southern District of New York for bank robbery, was transferred on or about July 30, 2007 from the Federal Medical Center in Rochester, Minnesota, to the Bronx Community Correction Center in Bronx, New York, and allowed to voluntarily report to the Bronx Community Correction Center to

continue serving his sentence, but, after leaving the Federal Medical Center in Minnesota, never so reported.

(Title 18, United States Code, Sections 751 and 4082.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**LEONARD GOINS,**

**Defendant.**

**INFORMATION**

07 Cr.

(18 U.S.C. §§ 751 & 4082)

MICHAEL J. GARCIA
United States Attorney.

Foreperson.