JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :
                                      :
        -v.-                          :       07 CRIM 998
                                      :
LEONARD GOINS,                        :
                                      :
            Defendant.                :
                                      :
- - - - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating

Title 18, United States Code, Sections 751 and 4082, being advised

of the nature of the charge and of his rights, hereby waives, in

open Court, prosecution by indictment and consents that the

proceeding may be by information instead of by indictment.


_____
Defendant


_____
Witness


_____
Counsel for Defendant


Date:    New York, New York
         October 23, 2007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2007