```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA         : ORDER PERMITTING A
                                   PSYCHIATRIC EXAMINATION
                                 : TO BE CONDUCTED AT THE
                                   METROPOLITAN CORRECTIONAL
        - v -                    : CENTER, NEW YORK

Leonard Goins                    : 07 Cr. 998 (GEL)

                    Defendant.   :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

**WHEREAS,** the above-named defendant, Leonard Goins, Register Number 56403-054, is at present confined at the Metropolitan Correctional Center, New York, New York, under the supervision and control of the Warden and the Bureau of Prisons; and

**WHEREAS,** an application has been made by Deirdre D. von Dornum, Assistant Federal Defender with the Federal Defenders of New York, Inc., which office has been appointed to represent the defendant, for an order permitting a psychiatric examination, it is hereby

**ORDERED** that the Warden of the Metropolitan Correctional Center, New York, New York, or whosoever shall have the supervision and control of the defendant, shall provide a suitable place for a psychiatric examination to be conducted, such place to consist of a private room without distractions or noise, containing a small table and chairs; and it is further

**ORDERED** that, Dr. Alexander Sasha Bardey, a licensed forensic psychiatrist, and his assistant, Ms. Casey Walker be

permitted to enter said institution for the purpose of conducting the psychiatric examination, on Wednesday, January 16th, 2008 at 9 a.m. and on further occasions thereafter; and it is further

**ORDERED** that Dr. Alexander Sasha Bardey and Ms. Casey Walker may have access to Mr. Goins without Mr. Goins' attorney being present; in addition it is further

**ORDERED** that this Order shall remain in effect until further notice from this Court.


Dated:  New York, New York
        January 14, 2008

SO ORDERED:

_____
**HONORABLE GERARD E. LYNCH**
UNITED STATES DISTRICT JUDGE