UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER FOR THE UNITED STATES MARSHAL SERVICE TO TRANSPORT |
| v. | : | MR. LEONARD GOINS TO THE UNITED STATES COURTHOUSE, SOUTHERN |
| | : | DISTRICT OF NEW YORK |
| LEONARD GOINS, | | |
| | : | 07 Cr. 998 (GEL) |
| Defendant. | | |

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

**WHEREAS**, the above-named defendant, Leonard Goins, Register Number 56403-054, is presently confined at the Metropolitan Correctional Center, New York, New York, under the supervision and control of the Warden and the Bureau of Prisons; and

**WHEREAS**, an application has been made by Deirdre von Dornum, Assistant Federal Defender with the Federal Defenders of New York, for an order directing the United States Marshal Service to transport Mr. Goins to the United States Courthouse, Southern District of New York by 12 P.M. on Wednesday, January 23, 2008 so that she may be interviewed by Henry Hall of F.E.G.S., it is hereby

**ORDERED** that the United States Marshal Service shall transport Mr. Goins to Pretrial Services at 500 Pearl Street, New York, New York so that Mr. Goins may participate in the interview on Wednesday, January 23, 2008 between 12 P.M. and 3 P.M.; and it is further

**ORDERED** that Henry Hall of F.E.G.S. be permitted to meet with Mr. Goins at Pretrial Services and conduct the interview of Mr. Goins without his attorney being present; and it is further

**ORDERED** that the interview of Mr. Goins be conducted in a private room in Pretrial Services furnished with the necessary chairs and a table.

Dated: New York, New York
January 22, 2008

SO ORDERED:

_____
HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE