REQUEST FOR COURT ACTION/ DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Gerard E. Lynch<br>U.S. District Judge | OFFENSE: Escape, 18 U.S.C. 751, A Class D Felony. |
| | | ORIGINAL SENTENCE: Five (5) years probation. |
| FROM: | Shawnté Harris<br>U.S. Probation Officer | SPEC. CONDITIONS: 1. The defendant shall participate in a narcotics treatment program and an alcohol aftercare program at the direction of the Probation Department. 2. The defendant shall participate in a mental health treatment progarm at the direction of the Probation Department, and that he take any medication that is prescribed for him by his health care provider. 3. The release of any available psychological and psychiatric evaluations to the health care provider is authorized. 4. The defendant shall maintain residence in a residential facility that is approved by the N.Y.S. Office of Mental Health for the treatment of mentally ill substance abusers. $100 special assessment. |
| | | AUSA: Michael Rosensaft |
| RE: | Leonard Goins<br>Dkt # 07-CR-00998-01(GEL) | MED: January 31, 2013 |

DATE OF SENTENCE: December 7, 2007

DATE: April 15, 2008

ATTACHMENTS: PSI, Judgment

REQUEST FOR:    WARRANT____    SUMMON ____    COURT DIRECTION __X__

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

Goins, Leonard- Dkt. # 07-CR-00998                                    43801 - SHAWNTE HARRIS

2

## REQUEST FOR AUTHORIZATION TO RELEASE SENSITIVE INFORMATION

STATUS REPORT:

On December 7, 2007, Leonard Goins appeared before Your Honor, for the purpose of sentencing following his plea of guilty to Escape, in violation of 18 U.S.C. 751. He was subsequently sentenced to five (5) years probation to commence at the expiration of sentence the defendant is currently serving. Additionally, the following special conditions were imposed:

　　1.　*The defendant shall participate in a narcotics treatment program and an alcohol aftercare program at the direction of the Probation Department.*

　　2.　*The defendant shall participate in a mental health treatment progarm at the direction of the Probation Department, and that he take any medication that is prescribed for him by his health care provider.*

　　3.　*The release of any available psychological and psychiatric evaluations to the health care provider is authorized.*

　　4.　*The defendant shall maintain residence in a residential facility that is approved by the N.Y.S. Office of Mental Health for the treatment of mentally ill substance abusers.*

　　5.　*$100 special assessment.*

It should be noted that the releasee is also serving a three (3) year term of supervised release which was imposed by the Honorable George B. Daniels on September 27, 2005 (Dkt. # 1:04-cr-00613-GBD).

Mr. Goins currently resides at a temporary residence located at 200 East 34th Street. He is working toward identifying financial, housing and medical services available to him.

The releasee is engaged in mental health and substance abuse treatment at St. Mark's Institute for Mental Health. Mr. Goins' primary counselor, Marzena Sroczynka has informed that the releaee has requested that she complete a questionnaire for the Social Security Administration. The document is a required part of the application process for Supplemental Security Disability Income (SSDI). This is a benefit that the releasee has applied for, and he has also received in the past based on his mental health issues and a variety of physical health problems. The questionnaire is a standard form in the application process that is to be completed by the physical and/or mental health care provider(s).

Goins, Leonard- Dkt. # 07-CR-00998                                    43801 - SHAWNTE HARRIS

3

We respectfully request the direction of the Court regarding the request of the Social Security Administration. Should Your Honor grant authorization, the treatment provider will be directed to complete the Social Security Administration's questionnaire.

                                                        Respectfully submitted,

                                                        CHRIS J. STANTON
                                                        Chief U.S. Probation Officer

                                                        Shawnté Harris
                                                        U.S. Probation Officer
                                                        212-805-5118

Approved by:

Jennifer D. Washington      4/15/08
Jennifer D. Washington      Date:
Supervising U.S. Probation Officer

GOINS, Leonard-Dkt. # 07-CR-006998                    43801 - SHAWNTE HARRIS



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

*Judicial Response*

[✓] Authorization to release file information is granted.

[ ] Authorization to release file information is denied.


_____
Signature of Judicial Officer

_April 16, 2008_
Date